## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF ILLINOIS

In re:                                    )
ALLISON, GREGGORY BREN                    )    Case Number 16-81674
ALLISON, ASHLEY DAWN                      )    (Chapter 13)
    Debtors.                          )

## **CHAPTER 13 PLAN**

1. The Debtors propose to pay the Trustee appointed by this Court the following amount until all of their creditors whose claims are filed and allowed have been paid in accordance with this plan: $355.00 per month for the first (1st) month through the twenty-fourth (24th); then an increase to $655.00 per month for the twenty-fifth (25th) month through the thirty-sixth (36th) month. This Plan is for exactly thirty-six (36) months.

2. The Debtors propose to have the Trustee pay the following secured and priority creditors, pro rata to the extent listed:

    A. CEFCU to be paid $17,603.00 at five and a half percent (5.50%) interest secured by the 2011 GMC Terrain and CEFCU is to return the vehicle immediately and all fees should be included in their Proof of Claim.

    B. Central Illinois Loans to be paid $4,500.00 at five and a half percent (5.50%) interest secured by the 2005 Mercury Mariner.

3. After the above secured and priority creditors have been paid the value of their security, then all unsecured creditors, including the unsecured portion of a secured creditor's claims, shall be paid pro rata from funds remaining after payment of the above-scheduled claims.

4. The Debtors shall pay the following creditors outside the plan and said payments have been provided for in the Debtors' monthly budget: NONE.

5. The Debtors propose to surrender the following:

   A. The Capital Resorts Group Timeshare to Capital Resorts Group.

6. The Debtors propose to avoid the non-purchase money security interests held by the following creditors in their household goods and furnishings: NONE.

7. The Debtors hereby assume the following unexpired leases and executory contracts and rejects all others:

   A. Assume the lease with Rent-A-Center on the Washing Machine, Dryer, and Living Room Furniture.

8. The secured creditors shall retain their liens upon their collateral until they have been paid the value of said property.

9. The Trustee shall pay to the Debtors' attorney the sum of $3,050.00 for attorney's fees, payable as ordered by the court.

10. No interest, service or late charges shall be allowed upon unsecured claims nor upon an undersecured creditor's claim unless otherwise provided.

11. The Debtors estimate that unsecured creditors will receive zero percent (0%) of their allowed claims.

           GREGGORY & ASHLEY ALLISON

     By: */s/ Spencer Lee Daniels*
        Their Attorney