**Fill in this information to identify your case:**

Debtor 1: **Greggory Bren Allison**
First Name   Middle Name   Last Name

Debtor 2: **Ashley Dawn Allison**
(Spouse if, filing)   First Name   Middle Name   Last Name

United States Bankruptcy Court for the: CENTRAL DISTRICT OF ILLINOIS

Case number: **16-81674**
(if known)

☐ Check if this is an amended filing

Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7    12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

## Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Capital Resorts Group**<br><br>Description of property securing debt: **Capital Resorts Group Timeshare** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **CEFCU**<br><br>Description of property securing debt: **2011 GMC Terrain Location: 520 N. 13th Avenue, Canton IL 61520** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>■ Retain the property and enter into a *Reaffirmation Agreement*.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Central Illinois Loans**<br><br>Description of property: **2005 Mercury Mariner 202000 miles** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement*. | ☐ No<br><br>■ Yes |

Official Form 108    **Statement of Intention for Individuals Filing Under Chapter 7**    page 1

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| | | | |
|---|---|---|---|
| Debtor 1 | **Greggory Bren Allison** | | |
| Debtor 2 | **Ashley Dawn Allison** | Case number (*if known*) | **16-81674** |

property securing debt: **Location: 520 N. 13th Avenue, Canton IL 61520**

☐ Retain the property and [explain]:

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**

Lessor's name: **Rent-A-Center**

**Will the lease be assumed?**

■ No
☐ Yes

Description of leased Property: **Reject the lease on the Washing Machine, Dryer, and Living Room Furniture as the Debtors no longer have the furniture and appliances.**

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Greggory Bren Allison**
**Greggory Bren Allison**
Signature of Debtor 1

Date **September 25, 2019**

X **/s/ Ashley Dawn Allison**
**Ashley Dawn Allison**
Signature of Debtor 2

Date **September 25, 2019**

## **PROOF OF SERVICE**

The undersigned hereby certifies that a copy of the above document was sent via Electronic Mail to the following on the 25th day of September, 2019:

United States Trustee, 401 Main Street, Suite 1100, Peoria, Illinois 61602

Charles E. Covey, 416 Main Street, Suite 700, Commerce Bank Building, Peoria, Illinois 61602-1180

The undersigned hereby certifies that a copy of the above document was sent via First Class Mail, postage prepaid, to the following on the 25th day of September, 2019:

Capital Resorts Group, 150 2nd Avenue North, Suite 450, Morgan Stanley Tower, Saint Petersburg, Florida 33701

CEFCU, P. O. Box 1715, Peoria, Illinois 61656-1715

Central Illinois Loans, 435 S. 5th Avenue, Canton, Illinois 61520

Rent-A-Center, 230 N. Main Street, Canton, Illinois 61520-1824

*/s/ Jessica A. Ekena*
Jessica A. Ekena, Legal Assistant

SPENCER LEE DANIELS, ESQ.
Attorney at Law
411 Hamilton Boulevard, Suite 1708
Peoria, Illinois 61602
Telephone: (309) 673-1400